UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                  :
       - v. -                     :    **INFORMATION**
                                  :
OZMER KOSAL,                      :    15 Cr.
                                  :
                                  :    **15 CRIM 504**
              Defendant.          :
                                  :
                                  :

- - - - - - - - - - - - - - - - - - x

COUNT ONE

(False Statements)

The United States Attorney charges:

1. On or about November 20, 2014, OZMER KOSAL, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, willfully and knowingly, did falsify, conceal, and cover up by trick, scheme, and device material facts, and made materially false, fictitious, and fraudulent statements and representations, to wit, KOSAL made false statements to agents with the Federal Bureau of Investigation.

(Title 18, United States Code, Section 1001.)

*Preet Bharara*
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/15

JUDGE WOOD